XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General
ALICE M. SEGAL
Deputy Attorney General
State Bar No. 288108
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone:  (619) 738-
 Fax:  (619) 645-2581
 E-mail:  Alice.Segal@doj.ca.gov
*Attorneys for Defendants*
*A. Gonzalez, N. Uhde, W. Smith, R. Herrera,*
*P. Covello, F. Camacho, D. Paramo,*
*C. Taylor, C. Covel, F. Armenta,*
*P. Bracamonte, and F. Salas*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERNEST KELLY HOLESTINE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**P. COVELLO, et al.,**<br><br>                              Defendants. | 3:20-cv-00159-LAB-JLB<br><br>**NOTICE OF REASSIGNMENT OF COUNSEL** |

**PLEASE TAKE NOTICE** that the Deputy Attorney General assigned to represent Defendants A. Gonzalez, N. Uhde, W. Smith, R. Herrera, P. Covello, F. Camacho, D. Paramo, C. Taylor, C. Covel, F. Armenta, P. Bracamonte, and F. Salas in this case has been changed.

Please amend your proof of service and files to reflect the Deputy Attorney General currently assigned to represent these Defendants in this case is as follows:

///

1

Alice M. Segal, Deputy Attorney General
Office of the Attorney General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone:  (619) 738-
Facsimile:  (619) 645-2581
E-mail:  Alice.Segal@doj.ca.gov

Dated:  September 29, 2020

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General

*s/ Alice M. Segal*

ALICE M. SEGAL
Deputy Attorney General
*Attorneys for Defendants*
*A. Gonzalez, N. Uhde, W. Smith,*
*R. Herrera, P. Covello, F. Camacho,*
*D. Paramo, C. Taylor, C. Covel,*
*F. Armenta, P. Bracamonte, and F. Salas*

AMS:ebw
SD2020800173
82537353.docx.docx

# CERTIFICATE OF SERVICE

| Case Name: | **Ernest Holestine v. Covello, et al.** | No. | **3:20-cv-00159-LAB-JLB** |
|---|---|---|---|

I hereby certify that on <u>September 29, 2020</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF REASSIGNMENT OF COUNSEL**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On <u>September 29, 2020</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**Ernest Kelly Holestine**
**J-01366**
**Salinas Valley State Prison**
**SVSP - PIP, TC2-C9**
**P.O. Box 1050**
**Soledad, CA 93966**
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>September 29, 2020</u>, at San Diego, California.

| E. Blanco-Wilkins | *[signature]* |
|---|---|
| Declarant | Signature |